Mr. Rubin Crain IV #12023660
c/o Dallas County Bureau #2W02
P.O. Box 660334
Dallas, Texas #75266-0334
(469) 508-1979 cellphone 24/7

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

December 29th, 2014

Re: Tr. Ct. No. #W12-54318-y (A)
Writ No. #WR-49,450-04
Ex Parte Rubin Crain IV

Dear Honorable Clerk Acosta, Abel:

"With all due respect...." will you allow me an opportunity to receive a 'docket (ITEMIZE PROCEEDINGS) sheet' of the "Writ of habeas corpus" that was dismissed that has respectfully filed the required "Petitioner for Review" in accordance to the "Supervisory Writ for Review/Supplement of the Article § 11.07 of Collateral Attack(s); and the "Motion for a Rehearing", accordingly to "Applicant's Amendment To The Resubmitted Application of Article § 11.07 Habeas Corpus with a Supplement pursuant to the (Above) Supervisory Writ for Review" in which has been process' as" the court proceedings as "Miscellaneous" under the same docket No. #WR-49,450-04 Id., i.e. to constitute the adequate format pursuant to Article § 42.045 Tex. Code of Crim. Proc."....whereas, is requested to rectify the court's docket to reflect the "true" proceedings; herein, wherewith the original application for writ of habeas corpus would be 'reconsider'; and properly allowed the legal relief, at law and in equity, which the (IN RE CRAIN IV) is justly entitled."

Page 1 of 2.

C.C. RCIV

Your assistance with this legal matter is highly appreciated; and extremely grateful to receive a copy of the correct (**docket sheet**) proceedings for I may view the manner in which to have a confirmation to the filing, process, ruling, and stage of the reconsidered original application of **Article 8 11.07** Habeas Corpus...therein, all other proceedings as well.

Respectfully,

Rubin Crain IV

P.S. " Have a nice and blessed day!"

' Happy Holidays '

C.C.RC IV